UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FERNMAR 041, L.P.,<br><br>        Defendant. | Case No.  20-cv-08453-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE RE DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 14 |

In this disability rights case, Plaintiff Scott Johnson sues for alleged accessibility violations at 1659 Scott Blvd., Santa Clara, California, ("Fernmar Office Building") which is owned and operated by Defendant Fernmar 041 L.P. On March 31, 2021, Magistrate Judge Susan van Keulen issued an Order for Reassignment to a District Judge and Report and Recommendation Granting Motion for Default Judgement and Costs and Denying Requests for Fees With Leave to Amend ("Report and Recommendation"). Dkt. No. 14. On July 1, 2021, Plaintiff filed a certificate of service indicating that he effected service of the Report and Recommendation on Defendant via U.S. mail. To date, the Court has not received any objections to the Report and Recommendation.

Having conducted a de novo review of the Report and Recommendation and the pleadings in this matter, the Court finds that the Report and Recommendation is well reasoned and correct as a matter of law. Accordingly, the Court adopts the Report and Recommendation in full and orders as follows:

    1. Mr. Johnson's motion for default judgement is granted as to the Defendant.

    2. Mr. Johnson is awarded statutory damages in the amount of $8,000.

Case No.: 20-cv-08453-EJD
ORDER ADOPTING R&R RE DEFAULT JUDGMENT

1

3. Mr. Johnson's request for attorney's fees is denied for failure of proof, with leave to amend.

4. Mr. Johnson is awarded costs in the amount of $850.

5. Mr. Johnson is granted an injunction requiring Defendant to provide an accessible parking space and wheelchair accessible door hardware.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: August 2, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-08453-EJD
ORDER ADOPTING R&R RE DEFAULT JUDGMENT
2